CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
July 29, 2024
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

DAVID J. PETERSON,

          *Plaintiff*,

v.

BLACK BODY CORPORATION, *et al.*,

          *Defendants*.

CASE NO. 3:23-cv-34

ORDER

JUDGE NORMAN K. MOON

For the reasons explained in the Memorandum Opinion issued with this Order, the Court **GRANTS** Defendants' Motions for Summary Judgment, Dkts. 49, 51.

The Clerk of Court is directed to send this Order to Plaintiff and all counsel of record, and to strike this case from the active docket of the Court.

Entered this 29th day of July, 2024.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE